**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert EUSEBIO–BERROA,**
**Defendant–Appellant.**

**No. 10–15211**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 3, 2011.

Kathleen M. Salyer, Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, William C. Healy, Kelly S. Karase, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Frank Schwartz, Frank Schwartz, P.A., Miami, FL, for Defendant–Appellant.

Robert Eusebio–Berroa, Miami, FL, pro se.

Before EDMONDSON, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Frank Schwartz, appointed counsel for Robert Eusebio–Berroa, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-

sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Eusebio–Berroa's convictions and sentences are **AFFIRMED.**